**IN RE: TECSEC, INC., Appellant**

2017-1648

United States Court of Appeals, Federal Circuit.

February 7, 2018

MICHAEL OAKES, Hunton & Williams LLP, Washington, DC, argued for appellant. Also represented by OZZIE FARRES, STEVEN LESLIE WOOD.

SARAH E. CRAVEN, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, MAI-TRANG DUC DANG, THOMAS W. KRAUSE.

Per Curiam

## JUDGMENT

(Taranto, Clevenger, and Chen, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**